UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. FLORES,<br><br>  Petitioner,<br><br>  v.<br><br>AVENAL STATE PRISON, Warden,<br><br>  Respondent. | 1:07-cv-01620-LJO-TAG HC<br><br>ORDER GRANTING PETITIONER'S MOTIONS TO CONSIDER SUPPLEMENTAL LEGAL ARGUMENT<br><br>(Docs. 12, 13) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. 1).

On March 14, 2008, Respondent filed a motion to dismiss the petition. (Doc. 10). On March 27, 2008, Petitioner filed his opposition to the motion. (Doc. 11). On June 26, 2008, and on January 7, 2009, Petitioner filed motions for judicial notice in which he cited various cases he contends support denial of the motion to dismiss. (Docs. 12, 13). Because Petitioner's motions for judicial notice do not request the Court to take judicial notice of facts or documents, but instead merely direct the Court's attention to certain legal authorities, the Court will construe Petitioner's motions for judicial notice as a supplemental legal argument in opposition to the motion to dismiss, and in that context, Petitioner's motions (Docs. 12, 13) are GRANTED.

IT IS SO ORDERED.

Dated:   **February 5, 2009**            **/s/ Theresa A. Goldner**
                                                         UNITED STATES MAGISTRATE JUDGE